**Fill in this information to identify the case:**

Debtor name   Gainesville Hospital District d/b/a North Texas Medical Center

United States Bankruptcy Court for the:   Eastern           District of  Texas
                                                                     (State)

Case number (If known):   17-40101

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LEASING INNOVATIONS INC. 15 COURT SQUARE   STE. 360 BOSTON, MA 02108 | | | | | | $820,529.64 |
| 2 | STRYKER FLEX FINANCIAL 25652 NETWORK PLACE CHICAGO, IL 60673-1256 | | | | | | $693,012.00 |
| 3 | FIRST FINANCIAL CORP LEASING DEPT #2067 PO BOX 87618 CHICAGO, IL  60680 | | | | | | $402,136.06 |
| 4 | PARALLON/RCPS DIV. 39867 TREASURY CENTER CHICAGO, IL 60694-9800 | | | | | | $227,936.90 |
| 5 | NORTHSTAR ANESTHESIA, P.A. TX PO BOX 650252 DALLAS, TX 75265-0252 | | | | | | $225,261.00 |
| 6 | MEDTRONIC USA, INC. PO BOX 848086 DALLAS, TX 75284-8086 | | | | | | $198,926.17 |
| 7 | ST. JUDE MEDICAL 22400 NETWORK PLACE CHICAGO, IL 60673-1224 | | | | | | $197,132.00 |
| 8 | MORRISON MANAGEMENT SPEC. INC. PO BOX 102289 ATLANTA, GA 30368-2289 | | | | | | $191,012.49 |

Debtor  Gainesville Hospital District d/b/a North Texas Medical Center       Case number (*if known*)_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | UNITED HEALTHCARE<br>22561 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | | | | | | $172,722.81 |
| 10 | CLOUDWAVE HEALTHCARE IT SOLUTIONS<br>DEPT CH 19800<br>PALATINE, IL  60055-9800 | | | | | | $151,764.48 |
| 11 | ALPHA SERVICES CORPORATION<br>4535 SUNBELT DR.<br>ADDISON, TX 75001 | | | | | | $131,592.09 |
| 12 | DEPUY SYNTHES SALES, INC.<br>P O BOX 8538-662<br>PHILADELPHIA, PA 19171 | | | | | | $93,346.96 |
| 13 | VOICE PRODUCTS SERVICE LLC<br>8555 EAST 32ND ST. NORTH<br>WICHITA, KS 67226 | | | | | | $75,228.00 |
| 14 | CARDINAL HEALTH<br>PO. BOX 730112<br>DALLAS, TX  74373-0112 | | | | | | $73,091.02 |
| 15 | CONSTELLATION NEW ENERGY, INC.<br>PO BOX 4640<br>CAROL STREAM, IL  60197-4640 | | | | | | $68,878.61 |
| 16 | OWENS & MINOR<br>PO BOX 841420<br>DALLAS, TX  75284-1420 | | | | | | $65,860.92 |
| 17 | MEDICAL INFORMATION TECH INC.<br>PO BOX 74569<br>CHICAGO, IL 60696 | | | | | | $59,908.00 |
| 18 | AMERISOURCE BERGEN<br>10910 LEE VISTA BLVD, STE# 401<br>ORLANDO, FL 32829 | | | | | | $57,036.02 |
| 19 | SIEMENS MEDICAL SOLUTIONS USA<br>PO BOX 120001<br>DALLAS, TX 75312-0733 | | | | | | $55,348.26 |
| 20 | INPATIENT PHYSICIAN ASSOC., PLLC<br>6901 SNIDER PLAZA, #130<br>DALLAS, TX 75205 | | | | | | $47,000.00 |