**Fill in this information to identify the case:**

Debtor name  Gainesville Hospital District d/b/a North Texas Medical Center

United States Bankruptcy Court for the:  Eastern            District of  Texas
                                                                    (State)

Case number (If known):  17-40101

✓ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LEASING INNOVATIONS INC. 15 COURT SQUARE  STE. 360 BOSTON, MA 02108 | Heather Fritz 261 North Highway 101 Solana Beach, CA  92075 heather@leasing123.com | Software and equipment lease | Undisputed | | | $820,529.64 |
| 2 | STRYKER FLEX FINANCIAL 25652 NETWORK PLACE CHICAGO, IL 60673-1256 | STRYKER.FINANCE.CUSTOMER.SUPPORT@FINANCIAL–SVCS.COM | OR equipment lease | Undisputed | | | $693,012.00 |
| 3 | FIRST FINANCIAL CORP LEASING DEPT #2067 PO BOX 87618 CHICAGO, IL  60680 | AGUILLEAME@FFCSI.COM | Medical equipment lease | Undisputed | | | $402,136.06 |
| 4 | PARALLON/RCPS DIV. 39867 TREASURY CENTER CHICAGO, IL 60694-9800 | LESLIE.REIMER@PARALLON.COM | Revenue cycle services | Undisputed | | | $227,936.90 |
| 5 | NORTHSTAR ANESTHESIA, P.A. TX PO BOX 650252 DALLAS, TX 75265-0252 | Matt Mettry Phone: 214.687.0029 Matt.mettry@northstaranesthesia.com | Professional Services | Undisputed | | | $225,261.00 |
| 6 | MEDTRONIC USA, INC. PO BOX 848086 DALLAS, TX 75284-8086 | Colleen Stieg Sr Credit Representative \| Medtronic, Inc Phone: (1-763) 505-6538 colleen.m.stieg@medtronic.com | Trade debt | Undisputed | | | $198,926.17 |
| 7 | ST. JUDE MEDICAL 22400 NETWORK PLACE CHICAGO, IL 60673-1224 | June Alvarez-Fetzer Phone: 512.286.4000x 4199 Jalvarez-Fetzer10@sjm.com | Trade debt | Undisputed | | | $197,132.00 |
| 8 | MORRISON MANAGEMENT SPEC. INC. PO BOX 102289 ATLANTA, GA 30368-2289 | Paula brooks  regional director oper  972.251.3535 PaulaBrooks@IamMorrison.com | Trade debt | Undisputed | | | $191,012.49 |

Debtor     Gainesville Hospital District d/b/a North Texas Medical Center            Case number (*if known*) 17-40101
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | UNITED HEALTHCARE<br>22561 NETWORK PLACE<br>CHICAGO, IL 60673-1225 | Jane_a_meyer@uhc.com | Employee health insurance/trade debt | Undisputed | | | $172,722.81 |
| 10 | CLOUDWAVE HEALTHCARE IT SOLUTIONS<br>DEPT CH 19800<br>PALATINE, IL 60055-9800 | Ellen.roubic@parkplaceintl.com<br>Phone:877.991.1991 | Trade debt | Undisputed | | | $151,764.48 |
| 11 | ALPHA SERVICES CORPORATION<br>4535 SUNBELT DR.<br>ADDISON, TX 75001 | accounting@janikingdfw.com<br>Phone: 972-380-0800 | Trade debt | Undisputed | | | $131,592.09 |
| 12 | DEPUY SYNTHES SALES, INC.<br>P O BOX 8538-662<br>PHILADELPHIA, PA 19171 | RA-DPYNA-SynthesACHP@ITS.JNJ.COM<br>Phone:800.551.0235 | Trade debt | Undisputed | | | $93,346.96 |
| 13 | VOICE PRODUCTS SERVICE LLC<br>8555 EAST 32ND ST. NORTH<br>WICHITA, KS 67226 | Hom Suman<br>Phone:800.466.1152<br>hsuman@voiceproductsinc.com | Trade debt | Undisputed | | | $75,228.00 |
| 14 | CARDINAL HEALTH<br>PO. BOX 730112<br>DALLAS, TX 74373-0112 | Pearl Mercado<br>Ph:877-254-2738 Ext.10015<br>Pearl.mercado01@cardinalhealth.com | Trade debt | Undisputed | | | $73,091.02 |
| 15 | CONSTELLATION NEW ENERGY, INC.<br>PO BOX 4640<br>CAROL STREAM, IL 60197-4640 | Phone: 888-635-0827<br>txaccountsreceivable@constellations.com | Utilities | Undisputed | | | $68,878.61 |
| 16 | OWENS & MINOR<br>PO BOX 841420<br>DALLAS, TX 75284-1420 | Shea Bryson<br>Phone:713.939.3307<br>Shea.bryson@owens-minor.com | Trade Debt | Undisputed | | | $65,860.92 |
| 17 | MEDICAL INFORMATION TECH INC.<br>PO BOX 74569<br>CHICAGO, IL 60696 | Nate Baczek<br>Phone: 781-774-4572<br>nbaczek@meditech.com | Trade Debt | Undisputed | | | $59,908.00 |
| 18 | AMERISOURCE BERGEN<br>10910 LEE VISTA BLVD, STE# 401<br>ORLANDO, FL 32829 | Megan Byrnes<br>Ph:866.451.9655 Ext 6188<br>mbyrnes@amerisourcebergen.com | Trade Debt | Undisputed | | | $57,036.02 |
| 19 | SIEMENS MEDICAL SOLUTIONS USA<br>PO BOX 120001<br>DALLAS, TX 75312-0733 | Robert Curry<br>Phone:844.789.8182<br>Robert.curry@siemens- | Trade Debt | Undisputed | | | $55,348.26 |
| 20 | INPATIENT PHYSICIAN ASSOC., PLLC<br>6901 SNIDER PLAZA, #130<br>DALLAS, TX 75205 | Matthew Davis, MD<br>Phone: 214.696.8033<br>mdavis@inpatientdocs.com | Professional Services | Undisputed | | | $47,000.00 |