**Fill in this information to identify the case:**

Debtor name  Gainesville Hospital District d/b/a North Texas Medical Center

United States Bankruptcy Court for the:  Eastern  District of  Texas
(State)

Case number (If known):  17-40101

✓ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

|   | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | LEASING INNOVATIONS INC. 15 COURT SQUARE   STE. 360 BOSTON, MA 02108 | Heather Fritz 261 North Highway 101 Solana Beach, CA  92075 heather@leasing123.com | Software and equipment lease | Undisputed |   |   | $820,529.64 |
| 2 | STRYKER FLEX FINANCIAL 25652 NETWORK PLACE CHICAGO, IL 60673-1256 | STRYKER.FINANCE.CUSTOMER.SUPPORT@FINANCIAL–SVCS.COM | OR equipment lease | Undisputed |   |   | $693,012.00 |
| 3 | FIRST FINANCIAL CORP LEASING DEPT #2067 PO BOX 87618 CHICAGO, IL  60680 | AGUILLEAME@FFCSI.COM | Medical equipment lease | Undisputed |   |   | $402,136.06 |
| 4 | PARALLON/RCPS DIV. 39867 TREASURY CENTER CHICAGO, IL 60694-9800 | LESLIE.REIMER@PARALLON.COM | Revenue cycle services | Undisputed |   |   | $227,936.90 |
| 5 | NORTHSTAR ANESTHESIA, P.A. TX PO BOX 650252 DALLAS, TX 75265-0252 | Matt Mettry Phone: 214.687.0029 Matt.mettry@northstaranesthesia.com | Professional Services | Undisputed |   |   | $225,261.00 |
| 6 | MEDTRONIC USA, INC. PO BOX 848086 DALLAS, TX 75284-8086 | Colleen Stieg Sr Credit Representative \| Medtronic, Inc Phone: (1-763) 505-6538 colleen.m.stieg@medtronic.com | Trade debt | Undisputed |   |   | $198,926.17 |
| 7 | ST. JUDE MEDICAL 22400 NETWORK PLACE CHICAGO, IL 60673-1224 | June Alvarez-Fetzer Phone: 512.286.4000x 4199 Jalvarez-Fetzer10@sjm.com | Trade debt | Undisputed |   |   | $197,132.00 |
| 8 | MORRISON MANAGEMENT SPEC. INC. PO BOX 102289 ATLANTA, GA 30368-2289 | Paula brooks regional director oper 972.251.3535 PaulaBrooks@IamMorrison.com | Trade debt | Undisputed |   |   | $191,012.49 |

Debtor     Gainesville Hospital District d/b/a North Texas Medical Center     Case number (*if known*) 17-40101
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | UNITED HEALTHCARE  22561 NETWORK PLACE  CHICAGO, IL 60673-1225 | Jane_a_meyer@uhc.com | Employee health insurance/trade debt | Undisputed | | | $172,722.81 |
| 10 | CLOUDWAVE HEALTHCARE IT SOLUTIONS  DEPT CH 19800  PALATINE, IL 60055-9800 | Ellen.roubic@parkplaceintl.com  Phone:877.991.1991 | Trade debt | Undisputed | | | $151,764.48 |
| 11 | ALPHA SERVICES CORPORATION  4535 SUNBELT DR.  ADDISON, TX 75001 | accounting@janikingdfw.com  Phone: 972-380-0800 | Trade debt | Undisputed | | | $131,592.09 |
| 12 | DEPUY SYNTHES SALES, INC.  P O BOX 8538-662  PHILADELPHIA, PA 19171 | RA-DPYNA-SynthesACHP@ITS.JNJ.COM  Phone:800.551.0235 | Trade debt | Undisputed | | | $93,346.96 |
| 13 | VOICE PRODUCTS SERVICE LLC  8555 EAST 32ND ST. NORTH  WICHITA, KS 67226 | Hom Suman  Phone:800.466.1152  hsuman@voiceproductsinc.com | Trade debt | Undisputed | | | $75,228.00 |
| 14 | CARDINAL HEALTH  PO. BOX 730112  DALLAS, TX 74373-0112 | Pearl Mercado  Ph:877-254-2738 Ext.10015  Pearl.mercado01@cardinalhealth.com | Trade debt | Undisputed | | | $73,091.02 |
| 15 | CONSTELLATION NEW ENERGY, INC.  PO BOX 4640  CAROL STREAM, IL 60197-4640 | Phone: 888-635-0827  txaccountsreceivable@constellations.com | Utilities | Undisputed | | | $68,878.61 |
| 16 | OWENS & MINOR  PO BOX 841420  DALLAS, TX 75284-1420 | Shea Bryson  Phone:713.939.3307  Shea.bryson@owens-minor.com | Trade Debt | Undisputed | | | $65,860.92 |
| 17 | MEDICAL INFORMATION TECH INC.  PO BOX 74569  CHICAGO, IL 60696 | Nate Baczek  Phone: 781-774-4572  nbaczek@meditech.com | Trade Debt | Undisputed | | | $59,908.00 |
| 18 | AMERISOURCE BERGEN  10910 LEE VISTA BLVD, STE# 401  ORLANDO, FL 32829 | Megan Byrnes  Ph:866.451.9655 Ext 6188  mbyrnes@amerisourcebergen.com | Trade Debt | Undisputed | | | $57,036.02 |
| 19 | SIEMENS MEDICAL SOLUTIONS USA  PO BOX 120001  DALLAS, TX 75312-0733 | Robert Curry  Phone:844.789.8182  Robert.curry@siemens- | Trade Debt | Undisputed | | | $55,348.26 |
| 20 | INPATIENT PHYSICIAN ASSOC., PLLC  6901 SNIDER PLAZA, #130  DALLAS, TX 75205 | Matthew Davis, MD  Phone: 214.696.8033  mdavis@inpatientdocs.com | Professional Services | Undisputed | | | $47,000.00 |