United States Department of Justice
Office of the United States Trustee
300 Plaza Tower
110 N. College
Tyler, Texas    75702
(903) 590-1450

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re | § | |
| | § | |
| Gainesville Hospital District | § | Case No. 17-40101 |
| 1900 Hospital Blvd. | § | |
| Gainesville, TX 76240 | § | |
| Tax ID / EIN: 75-1091664 | § | |
| dba North Texas Medical Center | § | |
| | § | |
| | § | Chapter 9 |

**FIRST AMENDED
APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The United States Trustee hereby appoints the following persons to the Official Committee of Unsecured Creditors in the above styled and numbered case pursuant to 11 U.S.C. §1102(a)(1) and §901(a):

Jerry Carpenter - Chair
**MORRISON MANAGEMENT SPECIALISTS, INC.**
4721 Morrison Dr.
Suite 300
Mobile, AL    36609
(251)-461-3020
(251)-461-3193 (FAX)
jerrycarpenter@iammorrison.com

Roger McMullen
**AMERISOURCEBERGEN DRUG CORP**.
10910 Lee Vista Blvd.
Suite 401
Orlando, FL    32829
(407)-454-6637
rmcmullen@amerisourcebergen.com

Colleen Stieg
**MEDTRONIC**
800 53RD Ave. NE,   MS SLK27
Columbia Heights MN    55421-1241
(763)-505-6538
(763)-367-1403 (FAX)
colleen.m.stieg@medtronic.com

Justin B. Tilley
**NORTHSTAR ANESTHESIA, P.A**.
6225 N. State Highway 121
Suite 200
Irving, TX     75038
(214)-687-0532
(214)-687-0996
Justin.tilley@northstaranesthesia.com

Dean Tullis
**VOICE PRODUCTS SERVICE LLC**
8555 e. 32ND Street N.
Wichita, KS     67226
(316)-616-1111
(316)263-1823 (FAX)
dtullis@voiceproducts.com


    Dated:   February 2, 2017              Respectfully submitted,

                                           William T. Neary
                                           United States Trustee
                                           Region 6

                                    By:         */s/ Timothy W. O'Neal*
                                           Timothy W. O'Neal
                                           Asst. U.S. Trustee, SBOT 15283350
                                           110 N. College Avenue, Suite 300
                                           Tyler, Texas 75702
                                           (903) 590-1450; Fax (903) 590-1461

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the following listed persons, and to all members of the committee as shown above, through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, no later than February 2, 2017.

       /s/ Timothy W. O'Neal
       Timothy W. O'Neal

Gainesville Hospital District
1900 Hospital Blvd.
Gainesville, TX 76240

Julie Goodrich Harrison
Norton Rose Fulbright
1301 McKinney St., Ste. 5100
Houston, TX 77010

Ryan Manns
Norton Rose Fulbright US LLP
2200 Ross Ave., Ste. 3600
Dallas, TX 75201

Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701-4043

Julie Goodrich Harrison
Norton Rose Fulbright
1301 McKinney St., Ste. 5100
Houston, TX 77010

Buffey E. Klein
Husch Blackwell
2001 Ross Avenue, Suite 2000
Dallas, TX 75201

Glenn A. Portman
Bennett, Weston & LaJone, P.C.
1603 LBJ Freeway, Suite 280
Dallas, TX 75234

J. Casey Roy
Texas Attorney General Office
Bankruptcy & Collections Division
P O Box 12548
MC-008
Austin, TX 78711-2548

Kimberly A. Walsh
Office of the Attorney General
P.O. Box 12548
Austin, TX 78701-2548

Robert S. Westermann
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, VA 23218-0500