# EXHIBIT A
## (LIST OF EXECUTORY CONTRACTS TO BE REJECTED)

| Contract Counterparty | Counterparty Address | Contract Description / Name | Contract Date | Rejection Date |
|---|---|---|---|---|
| Constellation NewEnergy, Inc. | Constellation NewEnergy, Inc.<br>Attn: David T. Donat<br>1221 Lamar St., Suite 750<br>Houston, TX 77010 | Master Retail Electricity Supply Agreement | October 23, 2013 | April 1, 2017 |
| ENGIE Resources LLC f/k/a GDF SUEZ Energy Resources NA, Inc. | ENGIE Resources LLC<br>Attn: Sanchir Dashnyam<br>1990 Post Oak Blvd., Suite 1900<br>Houston, TX 77056 | Master Electric Energy Sales Agreement | April 20, 2016 | April 1, 2017 |
| HSS Systems, LLC | HSS Systems, LLC<br>Attn: Chief Executive Officer<br>6640 Carothers Parkway, Suite 500<br>Franklin, TN 37067 | Consulting Service Agreement* | April 21, 2015 | March 2, 2017 |
| NPAS, Inc. | NPAS, Inc.<br>Attn: Chief Executive Officer<br>2700 Blankenbaker Pkwy., Ste. 100<br>Louisville, KY 40299<br><br>NPAS, Inc.<br>c/o The Outsource Group, Inc.<br>Attn: Chief Executive Officer<br>Three City Place, Suite 690<br>St. Louis, MO 63141 | Services Agreement for Early Out Self-Pay Services* | April 21, 2015 | March 2, 2017 |
| Parallon Business Solutions, LLC | Parallon Business Solutions, LLC<br>Attn: Senior Counsel<br>6640 Carothers Parkway, Suite 500<br>Franklin, TN 37067 | Master Services Agreement | April 21, 2015 | March 2, 2017 |
| The Outsource Group, Inc. | The Outsource Group, Inc.<br>Attn: Chief Executive Officer<br>Three City Place, Suite 690<br>St. Louis, MO 63141 | Service Agreement for Insurance Resolution Services* | April 21, 2015 | March 2, 2017 |

*An individual service agreement under the umbrella of the Master Services Agreement with Parallon.