# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | Case No. 16-40101 |
| GAINESVILLE HOSPITAL DISTRICT | § | |
| D/B/A NORTH TEXAS MEDICAL | § | Chapter 9 |
| CENTER,[1] | § | |
| | § | |
| Debtor. | § | |

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS & EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "Committee") files this Witness and Exhibit List in connection with the hearing set for March 28, 2017 at 2:30 p.m. in the Bankruptcy Case, giving notice that it may offer into evidence testimony from the following witnesses and the following exhibits:

### I.   WITNESSES

The Committee reserves the right to call any or all of the following:

1. William R. Greendyke

2. Ryan E. Manns

3. Any person designated by any other party; and

4. Rebuttal and impeachment witnesses as may be appropriate.

---

[1] The last four digits of the Debtor's federal tax identification number are: 1664. The location of the Debtor's principal place of business and the service address for the Debtor is: 1900 Hospital Blvd., Gainesville, TX 76240.

## II.     EXHIBITS[2]

1. Chapter 9 Voluntary Petition [Docket No. 1];

2. Declaration of Ramin Roufeh in Support of Debtor's Chapter 9 Petition and Other Motions [Docket No. 7];

3. Printout from Universal Health Services, Inc.'s website (Corporate Information);

4. Printout from Universal Health Services, Inc.'s website (Board of Directors);

5. Continuing Disclosure Report for the Fiscal Year Ended September 30, 2015 of Gainesville Hospital District;

6. Gainesville Hospital District d/b/a North Texas Medical Center Independent Auditor's Report and Financial Statements – September 30, 2015 and 2014;

7. Letter dated February 9, 2017 from Andrew H. Sherman to William R. Greendyke re Gainesville Hospital District;

8. Letter dated February 21, 2017 from Andrew H. Sherman to William R. Greendyke re Gainesville Hospital District;

9. Any other pleading, document or notice on the docket of the Bankruptcy Case;

10. Any exhibit designated or admitted into evidence by any other party;

11. Rebuttal and impeachment exhibits as appropriate.

---

[2] Exhibits 3 through 8 were attached to the Committee's *Omnibus Response to (i) Debtor's Limited Objection to Application for Order Authorizing Employment of Munsch Hardt Kopf & Harr, P.C., as Attorneys for the Official Committee of Unsecured Creditors and Application to Retain and Employ Sills Cummis & Gross, P.C. as Attorneys for the Official Committee of Unsecured Creditors and (ii) Joinder of the Attorney General of Texas* [Docket No. 91], filed on March 23, 2017.

Respectfully submitted,

Dated: March 24, 2017

MUNSCH HARDT KORF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: jwielebinski@munsch.com
klippman@munsch.com

By: /s/ Kevin M. Lippman
Joseph J. Wielebinski
Texas Bar No. 214323400
Kevin M. Lippman
Texas Bar No. 00784479

-and-

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email: asherman@sillscummis.com

By: /s/ Andrew H. Sherman
Andrew H. Sherman
*Admitted Pro hac vice*

PROPOSED ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
OF GAINESVILLE HOSPITAL DISTRICT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 24th day of March, 2017, he personally caused to be served a true and correct copy of this pleading via email upon the parties that receive electronic notice in this case through the Court's ECF filing system, by filing same through such system.

*/s/ Thomas D. Berghman*
Thomas D. Berghman