IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GAINESVILLE HOSPITAL DISTRICT | § | Case No. 17-40101 |
| D/B/A NORTH TEXAS MEDICAL | § | |
| CENTER,[1] | § | |
| | § | Chapter 9 |
| DEBTOR. | § | |
| | § | |

**DEBTOR'S LIST OF CREDITORS AND CLAIMS**
**PURSUANT TO 11 U.S.C. §§ 924 & 925**

Gainesville Hospital District d/b/a North Texas Medical Center (the "Debtor"), by and through its undersigned counsel, submits this list of creditors (the "Creditor List") under 11 U.S.C. § 924, which also constitutes the list of claims under 11 U.S.C. § 925.

---

[1] The last four digits of the Debtor's federal tax identification number are: 1664. The location of the Debtor's principal place of business and the service address for the Debtor is: 1900 Hospital Blvd., Gainesville, TX 76240.

1

Dated: July 20, 2017  
Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By:   */s/ Julie Goodrich Harrison*
William R. Greendyke (SBT 08390450)
Julie Goodrich Harrison (SBT 24092434)
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
william.greendyke@nortonrosefulbright.com
julie.harrison@nortonrosefulbright.com

AND

Ryan E. Manns (SBT 24041391)
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
ryan.manns@nortonrosefulbright.com

**COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing List of Creditors was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

*/s/ Julie Goodrich Harrison*

## LIST OF CREDITORS AND CLAIMS

| Name of Creditor | Amount of Claim | Note if contingent, unliquidated, disputed, or subject to set off |
|---|---|---|
| 3M COMPANY | $ 12,747.00 | Disputed |
| ACUTE MEDICAL SERVICES LLC | $ 164.10 | |
| AETNA, INC. | $ 10,120.33 | Disputed |
| ALPHA SERVICES CORPORATION | $ 123,309.51 | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | $ 2,562.25 | Disputed |
| AMERISOURCE BERGEN DRUG CORPORATION | $ 48,118.62 | |
| ATMOS ENERGY CORPORATION | $ 28,621.56 | Disputed |
| BAUSCH & LOMB SURGICAL | $ 18,925.00 | |
| BECKMAN-COUTLER, INC. | $ 1,689.48 | Disputed |
| BIO-RAD LABORATORIES, Inc. | $ 14,530.15 | Disputed |
| BRINKER, JEFF MACE/ GJERSET & LORENZ LLP | $ 12,119.75 | Disputed |
| C3 CONFERENCING, INC. | $ 6.60 | |
| CARDINAL HEALTH | $ 64,314.33 | |
| CDW/ATTN: RONELLE ERICKSON | $ 21,523.93 | Disputed |
| CNA COMMERCIAL INSURANCE | Unliquidated | Unliquidated |
| CONCORD MEDICAL GROUP OF TEXAS PLLC | $ 21,103.70 | |
| CROTHALL SERVICES GROUP | $ 36,514.39 | |
| CURBELL MEDICAL PRODUCTS, INC. | $ 139.83 | Disputed |
| DELL MARKETING L.P. | $ 6,984.00 | |
| DEPUY ORTHOPAEDICS, INC. | $ 34,263.66 | |
| DEPUY SYNTHES SALES, INC. | $ 93,346.96 | |
| EXCEL MICRO LLC | $ 4,005.00 | |
| FAMILY TRADITIONS | $ 756.15 | |
| FIRST FINANCIAL CORP LEASING, LLC DBA FIRST FINANCIAL HEALTHCARE SOLUTIONS | $ 462,116.57 | Disputed |
| GE HEALTHCARE | $ 897.00 | Disputed |
| GE HEALTHCARE DATEX | $ 5,040.00 | Disputed |
| GREENER PASTURES LANDSCAPE INC | $ 12,586.21 | |
| GREENWAY MEDICAL TECHNOLOGISTS | $ 233.24 | |
| HEALTHSHARE AND THE SUCCESSOR TRUSTEES OF THE TEXA | $ 2,599,902.00 | Disputed |
| HITACHI CAPITAL AMERICA CORP | $ 367,621.32 | Disputed |
| HOSPITAL SOLUTIONS INC. | $ 949.98 | |
| INPATIENT PHYSICIAN ASSOC., PLLC | $ 27,290.00 | |
| INSURANCE REFUND | $ 17,623.72 | |
| JUANDA'S CONSULTING COMPANY | $ 3,105.00 | |
| MAINE STANDARDS | $ 282.00 | Disputed |
| MCKESSON CORPORATION MTI | $ 20,880.18 | Disputed |
| MEDICAL INFORMATION TECHNOLOGY INC. | $ 4,631.00 | Disputed |
| MEDLINE INDUSTRIES INC | $ 15,607.56 | |

| | | |
|---|---:|---|
| MEDTRONIC USA, INC. | $ 200,879.32 | Disputed |
| MERGE HEALTHCARE | $ 1,886.10 | |
| MMODAL SERVICES, LTD | $ 3,165.00 | |
| MORRISON MANAGEMENT SPEC. INC. | $ 260,899.21 | Disputed |
| NORTHSTAR ANESTHESIA, PA | $ 308,911.00 | Disputed |
| OFFICE DEPOT | $ 3,608.96 | Disputed |
| OLYMPUS AMERICA INC | $ 28,102.73 | |
| OWENS & MINOR | $ 48,818.51 | |
| PARALLON/HSS SYSTEMS, INC. | $ 112,000.00 | Disputed |
| PARALLON/NPAS, INC. | $ 38,781.80 | Disputed |
| PARALLON/THE OUTSOURCE GROUP, Inc. | $ 219,004.90 | Disputed |
| PARK PLACE INTERNATIONAL LLC DBA CLOUDWAVE HEALTHCARE IT SOLUTIONS | $ 168,815.48 | |
| PHARMEDIUM SERVICES LLC | $ 12,123.26 | |
| PRINCIPLE HS, LLC | $ 758,800.00 | Disputed |
| PRONTO STAFFING – CLB Inc. | $ 13,151.72 | Disputed |
| SACRED CROSS EMS, INC. | $ 2,367.00 | |
| SCHEDULE 360 | $ 3,900.00 | |
| ST. JUDE MEDICAL, LLC | $ 249,671.00 | Disputed |
| STRYKER ENDOSCOPY | $ 24,258.37 | Disputed |
| STRYKER INSTRUMENTS | $ 1,503.27 | Disputed |
| STRYKER MEDICAL | $ 1,300.00 | |
| STRYKER ORTHOPADEICS | $ 24,637.60 | |
| STRYKER SUSTAINABILITY SOL INC | $ 949.68 | |
| SUPPLEMENTAL HEALTH CARE | $ 13,125.75 | |
| TEXAS HOSPITAL INS. EXCHANGE | $ 50,407.00 | |
| TEXAS SELECT STAFFING, LLC | $ 46,420.25 | Disputed |
| TEXAS WORKFORCE COMMISSION | $ 6,696.05 | Disputed |
| TRUSTAFF TRAVEL NURSES, LLC | $ 46,339.50 | Disputed |
| TXU ENERGY RETAIL COMPANY LLC | $ 350.49 | Disputed |
| U.S. BANK, N.A. DBA U.S. BANK EQUIPMENT FINANCE | $ 706,008.37 | Disputed |
| UNITEDHEALTHCARE INSURANCE COMPANY | $ 1,930.82 | Disputed |
| VOICE PRODUCTS SERVICE LLC | $ 150,456.00 | Disputed |
| W.W. GRAINGER, INC. | $ 4,332.82 | Disputed |
| WEST SANITATION SERVICES, INC. | $ 162.75 | |
| XEROX CORPORATION | $ 34,434.00 | Disputed |
| ZIMMER BIOMET | $ 998.00 | Disputed |