IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| GAINESVILLE HOSPITAL DISTRICT § | | Case No. 17-40101 |
| D/B/A NORTH TEXAS MEDICAL § | | |
| CENTER,[1] § | | |
| § | | |
| DEBTOR. § | | Chapter 9 |
| § | | |

**ORDER GRANTING DEBTOR'S MOTION FOR EXPEDITED HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE DEBTOR'S PROPOSED DISCLOSURE STATEMENT AS PROVIDING ADEQUATE INFORMATION; (II) SCHEDULING COMBINED HEARING ON (A) FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND (B) CONFIRMATION OF PLAN; (III) FIXING DEADLINE TO OBJECT TO THE DISCLOSURE STATEMENT AND PLAN; AND (IV) GRANTING RELATED RELIEF**

TO THE HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

ON THIS DATE the Court considered the request for expedited hearing filed by Gainesville Hospital District d/b/a Norton Texas Medical Center ("Movant") in conjunction with its Motion for Entry of an Order (I) Conditionally Approving the Debtor's Proposed Disclosure Statement as Providing Adequate Information; (II) Scheduling Combined Hearing on (A) Final Approval of the Disclosure Statement and (B) Confirmation of Plan; (III) Fixing Deadline to Object to the Disclosure Statement and Plan; and (IV) Granting Related Relief (the "Motion"), which was filed on October 5, 2018.  The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Motions.  Accordingly,

**IT IS THEREFORE ORDERED** that the request for emergency hearing is **GRANTED** and that a hearing on Movant's Motion shall be held on **October 15, 2018 at 2:00 PM (prevailing Central time)** in the Courtroom of the United States Bankruptcy Court, Suite 300B, 660 North Central Expressway, Plano, Texas 75074.

---

[1] The last four digits of the Debtor's federal tax identification number are: 1664. The location of the Debtor's principal place of business and the service address for the Debtor is:  1900 Hospital Blvd., Gainesville, TX 76240.

73525960.1                                          - 1 -

- 2 -

**IT IS FURTHER ORDERED** that the Movant or its counsel shall give notice of this expedited hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 10/9/2018

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE